[No. 68475-2-I.   Division One.   August 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND MAK,
*Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-1-00511-8, Susan K. Cook, J., entered February 10, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Schindler, JJ.

[No. 68601-1-I.   Division One.   August 19, 2013.]

LARRY M. KASOFF, *Appellant*, v. CCB CREDIT SERVICES, INC.,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-42132-5, Laura Gene Middaugh, J., entered March 8, 2012. *Reversed* and *remanded* by unpublished opinion per Verellen, J., concurred in by Schindler and Lau, JJ.

[No. 68748-4-I.   Division One.   August 19, 2013.]

ROBERT C. LIFE ET AL., *Appellants*, v. SUNBANKS, LIMITED,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-14445-5, Richard D. Eadie, J., entered April 13, 2012. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Verellen, J.

[No. 68818-9-1.   Division One.   August 19, 2013.]

CARY WILLIAM MEIRE, *Appellant*, v. BRADLEY GALVIN ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-2-02018-3, Ira Uhrig, J., entered May 11, 2012. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Verellen, JJ.